UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MANUEL RAMIEREZ,

        Plaintiff,

   v.

STATE OF WASHINGTON, et al.,

        Defendants.

Case No. C23-0266-RAJ-SKV

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, Plaintiff's Objections (Dkt. # 10), and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation (Dkt. # 7).

    (2)    Plaintiff's Motion to Continue (Dkt. # 9) is DENIED as moot.

    (3)    This case is DISMISSED without prejudice.

    (4)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 2nd day of May, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1